# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WENDELL DAVIS, IDOC # N82145, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 10-cv-842-GPM |
| MICHAEL RANDLE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On October 25, 2010 Plaintiff filed his complaint with this Court (Doc.1). It appears that the complaint sent by Plaintiff is incomplete, in that it is missing what Plaintiff has labeled as page 8, so that paragraphs 21 through 27 of the complaint are missing. As a result, Plaintiff's complaint does not provide a sufficient statement of the facts as governed by Federal Rule of Civil Procedure 8. Consequently, Plaintiff's instant complaint shall be stricken for non-compliance with federal rules. Should Plaintiff wish to refile his complaint within the allotted time, Plaintiff is **ADVISED** that he must include all relevant pages in his complaint.

**IT IS HEREBY ORDERED** that the complaint is **STRICKEN** for non-compliance with Rule 8 of the Federal Rules of Civil Procedure. Plaintiff is **GRANTED** leave to refile his complaint on the appropriate forms in compliance with this order within **THIRTY (30) DAYS** of entry of this order. The Clerk is **DIRECTED** to provide Plaintiff with the appropriate form to file a § 1983 claim.

**IT IS FURTHER ORDERED** that any new complaint filed by Plaintiff that is not in strict

compliance with this order shall be **STRICKEN**.

**IT IS FURTHER ORDERED** that upon conclusion of the thirty-day period, should Plaintiff fail to refile his complaint, this case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 11; *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

DATED: March 7, 2011

/s/ G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge